# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| van Keulen, Susan | U.S. District Court for the Northern District of California | 07/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination    Date <br> ☑ Initial    ☐ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 06/30/2017 |

**7. Chambers or Office Address**

280 S. 1st Street
San Jose, CA 55113

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2015 | Self-employed attorney | $771,000.00 |
| 2. 2016 | Self-employed attorney | $872,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2016 | van Keulen & van Keulen (salary) |
| 2. 2017 | van Keulen & van Keulen (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Cash Accounts) | A | Interest | L | T | Exempt | | | | |
| 2. Citibank (Cash Account) | A | Interest | M | T | | | | | |
| 3. Chase (Cash Accounts) | A | Interest | J | T | | | | | |
| 4. Vanguard Growth Index Fund INV | A | Dividend | J | T | | | | | |
| 5. O'Melveny & Myers LLP Cash Balance Retirement Account | | None | | | | | | | |
| 6. O'Melveny & Myers LLP Capital Account | | None | | | | | | | |
| 7. van Keulen & van Keulen, PC | | None | M | U | | | | | |
| 8. Amersfoort Company | | None | L | U | | | | | |
| 9. Amersfoort LLC | | None | N | U | | | | | |
| 10. Trust Account #1 (H) | | | | | | | | | |
| 11. Charles Schwab (Cash Account) | A | Interest | J | T | | | | | |
| 12. Trust Account #2 (H) | | | | | | | | | |
| 13. Charles Schwab Deposit Account (Cash) | A | Interest | J | T | | | | | |
| 14. Nike Inc | A | Dividend | J | T | | | | | |
| 15. Trust Account #3 (H) | | | | | | | | | |
| 16. Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 17. Baird Core Plus Bd Inv (BCOSX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Total Return CL A (MDHQX) | A | Dividend | K | T | | | | | |
| 19. Eaton Vance Floating Rate Advantage A (EAFAX) | A | Dividend | J | T | | | | | |
| 20. Loomis Sayles Bond Fund Cl R (LSBRX) | A | Dividend | J | T | | | | | |
| 21. Metropolitan West Total Return Bond M (MWTRX) | A | Dividend | K | T | | | | | |
| 22. Pimco Incm Cl D (PONDX) | A | Dividend | J | T | | | | | |
| 23. Western Asset Core Plus Bd Fd FI (WACIX) | A | Dividend | K | T | | | | | |
| 24. Oakmark Int'l Fd Class I (OAKIX) | | None | J | T | | | | | |
| 25. Oakmark Int'l Small Cap Fund (OAKEX) | | None | J | T | | | | | |
| 26. Schwab Core Equity Fund (SWANX) | | None | K | T | | | | | |
| 27. Schwab Dividend Equity Fund (SWDSX) | | None | K | T | | | | | |
| 28. Schwab Fundemental US Large Co Index (SFLNX) | | None | K | T | | | | | |
| 29. Schwab Fundemental US Small Co Index (SFSNX) | | None | J | T | | | | | |
| 30. Schwab Large-Cap Growth Fund (SWLSX) | | None | J | T | | | | | |
| 31. Schwab Small-Cap Equity Fund (SWSCX) | | None | J | T | | | | | |
| 32. Templeton Foreign Fund CL A (TFF1Z) | | None | J | T | | | | | |
| 33. TIAA CREF INTL Equity Retail (TIERX) | | None | J | T | | | | | |
| 34. Trust Account #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 36. Baird Core Plus Bd Inv (BCOSX) | A | Dividend | K | T | | | | | |
| 37. Blackrock Total Return Cl A (MDHQX) | A | Dividend | K | T | | | | | |
| 38. Eaton Vance Floating Rate Advantage A (EAFAX) | A | Dividend | J | T | | | | | |
| 39. Loomis Sayles Bond Fund Cl R (LSBRX) | A | Dividend | J | T | | | | | |
| 40. Metropolitan West Total Return Bond M (MWTRX) | A | Dividend | K | T | | | | | |
| 41. Pimco Incm Cl D (PONDX) | A | Dividend | J | T | | | | | |
| 42. Western Asset Core Plus Bd Fd Fl (WACIX) | A | Dividend | K | T | | | | | |
| 43. Oakmark Int'l Fd Class 1 (OAKIX) | | None | J | T | | | | | |
| 44. Oakmark Int'l Small Cap Fund (OAKEX) | | None | J | T | | | | | |
| 45. Schwab Core Equity Fund (SWANX) | | None | K | T | | | | | |
| 46. Schwab Dividend Equity Fund (SWDSX) | | None | K | T | | | | | |
| 47. Schwab Fundemental US Large Co Index (SFLNX) | | None | K | T | | | | | |
| 48. Schwab Fundemental US Small CO Index (SFSNX) | | None | J | T | | | | | |
| 49. Schwab Large-Cap Growth Fund (SWLSX) | | None | J | T | | | | | |
| 50. Schwab Small-Cap Equity Fund (SWSCX) | | None | J | T | | | | | |
| 51. Templeton Foreign Fund Cl A (TFF1Z) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TIAA CREF Int'l Equity Retail (TIERX) | | None | J | T | | | | | |
| 53. Trust Account #5 (H) | | | | | | | | | |
| 54. Charles Schwab Deposit Account (Cash) | A | Interest | J | T | | | | | |
| 55. Apple Stock | | None | M | T | | | | | |
| 56. Berkshire Hathaway, Class B Stock | | None | M | T | | | | | |
| 57. E.I. De Nemours Du Pont | | None | L | T | | | | | |
| 58. Home Depot | | None | M | T | | | | | |
| 59. Travelers Companies Group | | None | M | T | | | | | |
| 60. UnitedHealth Group | | None | M | T | | | | | |
| 61. IRA #1 (H) | | | | | | | | | |
| 62. Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 63. Baird Core Plus Bd Inv (BCOSX) | A | Dividend | K | T | | | | | |
| 64. Blackrock Total Return Cl A (MDHQX) | A | Dividend | K | T | | | | | |
| 65. Eaton Vance Floating Rate Advantage A (EAFAX) | A | Dividend | J | T | | | | | |
| 66. Loomis Sayles Bond Fund Cl R (LSBRX) | A | Dividend | J | T | | | | | |
| 67. Metropolitan West Total Return Bond M (MWTRX) | A | Dividend | K | T | | | | | |
| 68. Pimco Incm Cl D (PONDX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Western Asset Core Plus Bd Fd Fl (WACIX) | A | Dividend | K | T | | | | | |
| 70. Oakmark Int'l Fd Class I (OAKIX) | | None | J | T | | | | | |
| 71. Oakmark Int'l Small Cap Fund (OAKEX) | | None | J | T | | | | | |
| 72. Schwab Core Equity Fund (SWANX) | | None | K | T | | | | | |
| 73. Schwab Dividend Equity Fund (SWDSX) | | None | J | T | | | | | |
| 74. Schwab Fundemental US Large Co Index (SFLNX) | | None | J | T | | | | | |
| 75. Schwab Fundemental US Small Co Index (SFSNX) | | None | J | T | | | | | |
| 76. Schwab Large-Cap Growth Fund (SWLSX) | | None | J | T | | | | | |
| 77. Schwab Small-Cap Equity Fund (SWSCX) | | None | J | T | | | | | |
| 78. Templeton Foreign Fund CL A (TFF1Z) | | None | J | T | | | | | |
| 79. TIAA CREF Int'l Equity Retail (TIERX) | | None | J | T | | | | | |
| 80. IRA #2 (H) | | | | | | | | | |
| 81. Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 82. Baird Core Plus Bd Inv (BCOSX) | A | Dividend | K | T | | | | | |
| 83. Blackrock Total Return Cl A (MDHQX) | A | Dividend | K | T | | | | | |
| 84. Eaton Vance Floating Rate Advantage A (EAFAX) | A | Dividend | J | T | | | | | |
| 85. Loomis Sayles Bond Fund Cl R (LSBRX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Metropolitan West Total Return Bond M (MWTRX) | A | Dividend | K | T | | | | | |
| 87. Pimco Incm Cl D (PONDX) | A | Dividend | J | T | | | | | |
| 88. Western Asset Core Plus Bd Fd Fl (WACIX) | A | Dividend | K | T | | | | | |
| 89. Oakmark Int'l Fd Class I (OAKIX) | | None | J | T | | | | | |
| 90. Oakmark Int'l Small Cap Fund (OAKEX) | | None | J | T | | | | | |
| 91. Schwab Core Equity Fund (SWANX) | | None | K | T | | | | | |
| 92. Schwab Dividend Equity Fund (SWDSX) | | None | J | T | | | | | |
| 93. Schwab Fundemental US Large Co Index (SFLNX) | | None | J | T | | | | | |
| 94. Schwab Fundemental US Small Co Index (SFSNX) | | None | J | T | | | | | |
| 95. Schwab Large-Cap Growth Fund (SWLSX) | | None | J | T | | | | | |
| 96. Schwab Small-Cap Equity Fund (SWSCX) | | None | J | T | | | | | |
| 97. Templeton Foreign Fund Cl A (TFF1Z) | | None | J | T | | | | | |
| 98. TIAA CREF Int'l Equity Retail (TIERX) | | None | J | T | | | | | |
| 99. IRA #3 (H) | | | | | | | | | |
| 100. RBC Money Mkt Obligs Tr Federated Prime Obligs Fd | A | Dividend | K | T | | | | | |
| 101. Apple Inc (AAPL) | | None | | | | | | | |
| 102. Blackstone Group LP Common Units (Private Issue) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Costco Wholesale Corp-New (COST) | | None | | | | | | | |
| 104. Facebook Inc Cl A (FB) | | None | | | | | | | |
| 105. Fedex Corp (FDX) | | None | | | | | | | |
| 106. Gilead Sciences Inc (GILD) | | None | | | | | | | |
| 107. Ishares Nasdaq Biotechnology Index Fd (IBB) | | None | | | | | | | |
| 108. Lululemon Athletica Inc (LULU) | | None | | | | | | | |
| 109. Mastercard Incorporated (MA) | | None | | | | | | | |
| 110. Mckesson Corp (MCK) | | None | | | | | | | |
| 111. Microchip Technology Inc (MCHP) | | None | | | | | | | |
| 112. PJT Partners Inc Class A Com (PJT) | | None | | | | | | | |
| 113. Starbucks Corp (SBUX) | | None | | | | | | | |
| 114. Walt Disney Co (DIS) | | None | | | | | | | |
| 115. Whole Foods Market Inc (WFM) | | None | | | | | | | |
| 116. Allergan PLC (AGN) | | None | | | | | | | |
| 117. Keogh #1 (H) | | | | | | | | | |
| 118. Fidelity Sptn 500 Index Adv | A | Dividend | | | | | | | |
| 119. Buffalo Small Cap Stock | E | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Diversified Int'l K | A | Dividend | | | | | | | |
| 121. Fidelity Low Priced Stk K | B | Dividend | | | | | | | |
| 122. T. Rowe Price Inst Lg Cap Grth | C | Dividend | | | | | | | |
| 123. Fidelity Sptn Ext Mkt Index Adv | B | Dividend | | | | | | | |
| 124. American Beacon Large Cap Value Fund Inst | E | Dividend | | | | | | | |
| 125. Fidelity Puritan K | D | Dividend | | | | | | | |
| 126. PIMCO High Yield Inst | D | Dividend | | | | | | | |
| 127. Fidelity Managed Income Portfolio II CL 1 | A | Dividend | | | | | | | |
| 128. Prudential Total Return Bd Q | B | Dividend | | | | | | | |
| 129. Fidelity Treasury Only Money Market Fund | A | Dividend | | | | | | | |
| 130. IRA #4 (H) | | | | | | | | | |
| 131. Fidelity Cash Management (cash account) | | None | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A: No outside earned income for 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan van Keulen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544